*E-Filed 1/7/16*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN E. HOLMES,<br><br>    Plaintiff,<br><br>    v.<br><br>SHERIFF ROBERT DOYLE, et al.,<br><br>    Defendants. | No. C 15-5464 RS (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $400.00. His IFP application is incomplete because he has not submitted a Certificate of Funds signed by an authorized prison officer. The one submitted was not filled out or signed. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain (1) a properly completed Certificate of Funds, or (2) full payment for the filing fee of $400.00. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: January 7, 2016

RICHARD SEEBORG
United States District Judge